1
2
3
4
5
6      IN THE UNITED STATES DISTRICT COURT

7      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   SHORE TO SHORE PROPERTIES, LLC, et
    al.,
10                                                  No.  C 11-01512 JSW
                    Plaintiffs,
11                                                  **ORDER RE BRIEFING**
        v.                                          **SCHEDULE ON MOTION TO**
12                                                  **TRANSFER**
    ALLIED WORLD ASSURANCE COMPANY
13  HOLDINGS AG,

14                  Defendant.
                                                  /
15

16         On July 5, 2011, Defendant filed a Motion to Transfer Venue, which is noticed for

17  hearing on September 2, 2011.  Although when it filed the motion, Defendant indicated that the

18  opposition is due on August 12, 2011, pursuant to Northern District Civil Local Rule 7-3(a), the

19  opposition brief is due fourteen (14) days after the motion is filed and served.  Because this is

20  an efiling case, Plaintiffs' opposition is due on Tuesday, July 19, 2011.  Pursuant to Local Rule

21  7-3(c), Defendant's reply is due seven days after Defendant's opposition is filed and served, *i.e.*

22  by no later than July 26, 2011.

23         **IT IS SO ORDERED.**

24

25  Dated:  July 5, 2011                           _____
                                                   JEFFREY S. WHITE
26                                                 UNITED STATES DISTRICT JUDGE

27

28