UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHORE TO SHORE PROPERTIES, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) )    Case No. 4:11CV01619 JAR |
| ALLIED WORLD ASSURANCE COMPANY HOLDINGS, AG, et al., | ) ) ) |
| Defendants. | ) ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon its review of its docket.  On April 18, 2012, Plaintiffs filed an Amended Complaint (ECF No. 55).  Plaintiffs did not seek leave of the Court to file the Amended Complaint.  Moreover, under the Case Management Order (ECF No. 54), all motions for amendment of pleadings should have been filed no later than February 3, 2012.    Pursuant to Fed.R.Civ.P. 12(f), the Court will strike Plaintiffs' Amended Complaint (ECF No. 55).

If Plaintiffs wish to file an amended complaint, they first must ask the Court for leave.  See Fed.R.Civ.P. 15(a)(2).  The motion for leave must state the basis for the requested leave and should identify any changes, additions or deletions to the original complaint. Moreover, the document for which leave is required must be submitted as an attachment to the motion for leave, and should not be filed as a separate document.  See Administrative Procedures for Case Management/Electronic Case Filing, Sec. II.B.

Accordingly,

- 2 -

**IT IS HEREBY ORDERED** that Plaintiffs' Amended Complaint (ECF No. 55) is **STRICKEN**.


Dated this 20th day of April, 2012.

                                                                     _____
                                                                     JOHN A. ROSS
                                                                     UNITED STATES DISTRICT JUDGE